In the Matter of the Application of ELBERT S. LENT and Others, Petitioners, Appellants, for an Order Pursuant to Article 78 of the Civil Practice Act against ROBERT MOSES, Commissioner of Department of Parks of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: THE STATE TAX COMMISSION OF THE STATE OF NEW YORK, Judgment Creditor, Respondent, v. HERBERT N. RAWLINS, Judgment Debtor, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Dore and Cohn, JJ., dissent and vote to reverse and grant the motion.

CLARENCE R. RICHARDS, Respondent, v. ISIDORE BIEBER, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Glennon and Dore, JJ., dissent. [166 Misc. 91.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK SPILLMAN, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MARION GRUNDER, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order unanimously modified by directing defendant to accept the bill dated April 19, 1937, upon condition that plaintiff, within twenty days after service of order, with notice of entry thereof, makes application for the examination of defendant before trial or for discovery, or both, and that if such examination or discovery be granted plaintiff, within ten days after conclusion thereof, shall serve a further verified bill as to items 1, 4 and 9. Upon failure of plaintiff to move for or to obtain such examination or discovery or to serve such further bill, leave is granted to the defendant to move for an order of preclusion as to said items. As so modified, order affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.